**MICHAEL E. FARNELL** (Oregon Bar No. 922996)
E-mail:  mfarnell@pfglaw.com
**KRISTOPHER L. KOLTA** (Oregon Bar No. 106442)
E-mail:  kkolta@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon  97205
Telephone:     503-222-1812
Facsimile:     503-274-7979

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **12W RPO, LLC,** an Oregon limited liability company; and **GED GALLERY, LLC**, an Oregon limited liability company,<br><br>                                  Plaintiffs,<br><br>          v.<br><br>**AFFILIATED FM INSURANCE COMPANY,** a Rhode Island corporation; and **STEADFAST INSURANCE COMPANY**, a Delaware corporation;<br><br>                                  Defendants. | Case No:  3:17-CV-00037-HZ<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT STEADFAST INSURANCE COMPANY** |

        IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that, pursuant to FRCP 41(a)(1)(ii), the claims asserted by and against

Steadfast Insurance Company ("Steadfast") related to or arising from the EPDM Materials, as

alleged, set out, and defined in Plaintiffs' First Amended Complaint, docket number 41 in the

/ / /

Page 1 – STIPULATED DISMISSAL OF DEFENDANT STEADFAST INSURANCE COMPANY

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205

Telephone (503) 222-1812  FAX: (503) 274-7979

\\pfg-fs\docs\9924001\0064b klk Stip. Dismissal - Steadfast Ins. Co (final)(s-).doc

above-captioned action, are hereby dismissed with prejudice and without costs or fees to any party.

In the interests of clarity, the parties further note that this dismissal with prejudice does not apply to any other claims, including but not limited to the Opacifier Film Claim Plaintiffs attempted to assert against Steadfast via their contested motion to amend, docket number 26 (a motion that was withdrawn prior to the Court's ruling).  As this dismissal with prejudice applies to any and all claims actually before the Court concerning Steadfast, Steadfast is hereby dismissed as a party from this action.

The other parties have authorized the signatures that appear below on their behalf as joining in the stipulation.

DATED this 21st day of March, 2018.

IT IS SO STIPULATED:

**PARSONS FARNELL & GREIN, LLP**

By s/Kristopher L. Kolta
   **Michael E. Farnell**, OSB #922996
   **Kristopher L. Kolta**, OSB #106442
   Telephone:  (503) 222-1812

*Attorneys for Plaintiffs*
*12W RPO, LLC and GED Gallery, LLC*

**GORDON & POLSCER, LLP**

By s/Robert W. Kirsher
   **Diane L. Polscer**, OSB #873267
   **Robert W. Kirsher**, OSB #086606
   Telephone:  503.242.2922

*Attorneys for Defendant*
*Steadfast Insurance Company*

**BULLIVANT HOUSER BAILEY PC**

By s/Stuart D. Jones
   **Stuart D. Jones**, OSB #842568
   Telephone:  503.228.6351

*Attorneys for Defendant*
*Affiliated FM Insurance Company*

Page 2 – STIPULATED DISMISSAL OF DEFENDANT STEADFAST INSURANCE COMPANY

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205

Telephone (503) 222-1812  FAX: (503) 274-7979

\\pfg-fs\docs\9924001\0064b klk Stip. Dismissal - Steadfast Ins. Co (final)(s-).doc